UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-14037-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOSE NAZARIO,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON MOTION TO CONTINUE SENTENCING

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Motion to Continue Sentencing Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek M. Maynard on October 31, 2022 [DE: 33] at the request of the Defendant and the Defendant's Attorney. A Report and Recommendation was filed on November 3, 2022, recommending that the Defendant's Motion to Continue Sentencing Hearing be accepted [DE: 30]. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 38] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

Sentencing has been set in this matter for **Tuesday, December 20, 2022, at 11:30a.m.,**

before the Honorable District Judge Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1 Miami, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of November, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek M. Maynard
All Counsel of Record
U.S. Probation Office